UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Sonji M Johnson-Dickert  

Debtor(s)

Case No. 16-14343

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/27/2016.

2) The plan was confirmed on 07/08/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/18/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/19/2016, 04/13/2017.

5) The case was dismissed on 06/23/2017.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,528.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $750.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $750.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $715.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $34.50 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $750.00

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITIBANK STUDENT LOANS | Unsecured | NA | 39,039.80 | 39,039.80 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 50.00 | 925.20 | 925.20 | 0.00 | 0.00 |
| CITY OF NAPERVILLE | Unsecured | 436.00 | 435.71 | 435.71 | 0.00 | 0.00 |
| DIRECTV | Unsecured | 201.00 | 201.03 | 201.03 | 0.00 | 0.00 |
| ECMC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ECMC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GATEWAY FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 1,195.00 | 1,194.83 | 1,194.83 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 404.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 500.00 | 24,947.50 | 24,947.50 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 346.00 | 346.42 | 346.42 | 0.00 | 0.00 |
| MICHAEL BRY | Unsecured | NA | 7,202.00 | 7,202.00 | 0.00 | 0.00 |
| NATIONAL CREDIT SYSTEMS | Unsecured | 4,438.00 | 4,438.69 | 4,438.69 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 776.00 | 1,236.16 | 1,236.16 | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES LLC | Unsecured | 588.00 | 587.89 | 587.89 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 527.00 | 527.06 | 527.06 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA DBA ( | Unsecured | 9,349.00 | 13,507.11 | 13,507.11 | 0.00 | 0.00 |
| CITY OF AURORA | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CLASSIC REALTY GROUP | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON COMPAN | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| ACCESS RECEIVABLES MANAGEME| Unsecured | 2,966.00 | NA | NA | 0.00 | 0.00 |
| ADT SECURITY SERVICES | Unsecured | 1,219.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMLI AT NAPERVILLE | Unsecured | 3,736.00 | NA | NA | 0.00 | 0.00 |
| ASHRO | Unsecured | 575.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AT&T | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY | Unsecured | 630.00 | NA | NA | 0.00 | 0.00 |
| AVIS BUDGET CAR RENTAL INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| BRITTANY SPRINGS APARTMENTS | Unsecured | 4,324.00 | NA | NA | 0.00 | 0.00 |
| BROOKDALE LAKES APARTMENTS | Unsecured | 12,661.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL BANK | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| NOBEL LEARNING COMMUNITIES | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| PARAGON AUTO LEASING | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES BANK | Unsecured | 651.00 | NA | NA | 0.00 | 0.00 |
| PUBLIC STORAGE | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| FOX METRO | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| GET CASH USA | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| HOME CHOICE | Unsecured | 1,365.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | 589.00 | NA | NA | 0.00 | 0.00 |
| LAKOTA CASH | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| LIBERTY MUTUAL | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SERVCES IN | Unsecured | 2,338.00 | NA | NA | 0.00 | 0.00 |
| MONTGOMERY WARD | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAR RENTAL CORPORAT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SIMPLXITY | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| EZPAYDAY CASH | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| FIAT FINANCIAL MONEY CENTER | Unsecured | 2,752.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| SPEEDYCASH.COM | Unsecured | 588.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| THIRIFTY CAR RETAIL INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| TIOR CAPITAL LLC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL FIDELITY | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Unsecured | 6,254.00 | NA | NA | 0.00 | 0.00 |
| VANDELIER GROUP LLC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SLM PC CREDIT STUDENT LOAN TRU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|     Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|     Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|     All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$94,589.40** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
|     Expenses of Administration | $750.00 |
|     Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$750.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/24/2017            By: /s/ Glenn Stearns
                                                      Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**